BERNSTEIN ET AL. *v.* REAL ESTATE COMMISSION
OF MARYLAND ET AL.

No. 852.   Decided June 13, 1960.

*J. Calvin Carney* and *William H. Murphy* for appellants.

*C. Ferdinand Sybert,* Attorney General of Maryland, and *Joseph S. Kaufman,* Assistant Attorney General, for appellee Commission.

*Melvin J. Sykes* for appellees Allendale-Lyndhurst Improvement Assn., Inc., Allen Kleiman et ux. and Bernard Cherry et ux.; and *David Kimmelman* of counsel for appellees Kleiman and Cherry.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.